ADAMS v. INSURANCE CO.

    No. 10 PC.

    Case below: 11 N.C. App. 678.

    Petition for writ of *certiorari* to North Carolina Court of Appeals denied 7 September 1971.


BANK v. CARPENTER

    No. 3 PC.

    Case below: 12 N.C. App. 19.

    Petition for writ of *certiorari* to North Carolina Court of Appeals allowed 7 September 1971.


BANK v. EASTON

    No 24 PC.

    Case below: 12 N.C. App. 153.

    Petition for writ of *certiorari* to North Carolina Court of Appeals denied 7 September 1971.


BANK v. FURNITURE CO.

    No. 111 PC.

    Case below: 11 N.C. App. 530.

    Petition for writ of *certiorari* to North Carolina Court of Appeals denied 6 September 1971.


CLARKE v. KERCHNER

    No. 104 PC.

    Case below: 11 N.C. App. 454.

    Petition for writ of *certiorari* to North Carolina Court of Appeals denied 6 September 1971.


COAKLEY v. MOTOR CO.

    No. 13 PC.

    Case below: 11 N.C. App. 636.

    Petition for writ of *certiorari* to North Carolina Court of Appeals denied 7 September 1971.